AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division                District of Massachusetts

RCN-BecoCom, L.L.C.
V.
Town of Wakefield

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04  12386 NMG**

TO: (Name and address of Defendant)

Mary K. Galvin, Town Clerk
William J. Lee Memorial Building
One Lafayette Street
Wakefield, MA  01880

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Cohen, Esq.
Irina V. Gott, Esq.
BADGER, DOLAN, PARKER & COHEN
One State Street, 6th Floor
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  11/10/2004



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

November 23, 2004

I hereby certify and return that on 11/19/2004 at 11:10AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to MARY GALVIN, agent, person in charge at the time of service for TOWN OF WAKEFIELD, at MARY K. GALVIN, TOWN CLERK, ONE LAFAYETTE Street, WAKEFIELD, MA 01880. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.30), Postage and Handling ($1.00), Travel ($6.40) Total Charges $45.70

*Albert Foquire*

Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.