UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12386-NMG

_____
                                            )
**RCN-BecoCom, LLC.,**                      )
                                            )
               **Plaintiff,**                )
                                            )
     v.                                     )
                                            )
**Town of Wakefield,**                      )
                                            )
               **Defendant.**                )
_____)

**CONSENTED-TO MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S COUNTERCLAIM**

RCN-BecoCom, LLC, ("RCN" or "Plaintiff"), with the consent of counsel for Defendant, Town of Wakefield, hereby moves for an extension of time to file its response to Defendant's Counterclaim, filed December 9, 2004.  Plaintiff's responsive pleading is currently due January 3, 2005.  RCN requires additional time to answer the Counterclaim and seeks an extension to and including January 10, 2005, in which to file.

In accordance with Local Rule 7.1(a)(2) RCN has conferred with opposing counsel, who has consented to this Motion.

**POINTS AND AUTHORITIES**

In support of its request for an extension of time, Plaintiff relies on Fed. R. Civ. P. 6 and the inherent powers of this Court.

        Respectfully submitted,


        By:   /s Lawrence J. Cohen
            Lawrence J. Cohen, Esq. Bar No. 089610
            Irina V. Gott, Esq., Bar No. 652476
            Badger, Dolan, Parker & Cohen
            One State Street
            Boston, MA 02109
            (617) 482-3030


Dated: December 28, 2004

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 28th day of December, 2004, I caused a copy of the foregoing Consented-To Motion for Extension of Time for Plaintiff to File Response to Defendant's Counterclaim to be served by first-class mail, postage prepaid, on the following:

    Thomas A. Mullen, Esquire
    545 Salem Street
    Wakefield, MA 01880
    Counsel for Defendant

                                      /s Lawrence J. Cohen