**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action No. 04-12386-NMG**

_____
                                                           )
**RCN-BecoCom, LLC.,**                         )
                                                           )
                  **Plaintiff,**           )
                                                           )
    **v.**                                       )
                                                             )
**Town of Wakefield,**                          )
                                                           )
                  **Defendant.**        )
_____)

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANT'S COUNTERCLAIM**

       Upon consideration of Plaintiff RCN-BecoCom, LLC's Consent Motion for Extension of Time to file an answer to Defendant's Counterclaim ("Consent Motion"), and good cause having been demonstrated, it is by the Court this ___th day of December, 2004;

       ORDERED, that the Consent Motion is GRANTED; and it is

       FURTHER ORDERED that the Plaintiff may file its answer to Defendant's Counterclaim on or before January 10, 2005.

 

                                                    _____
                                                    United States District Court Judge

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 28th day of December, 2004, I caused a copy of the foregoing Order Granting Plaintiff's Extension for Filing Response to Defendant's Counterclaim to be served by first-class mail, postage prepaid, on the following:

  Thomas A. Mullen, Esquire
  545 Salem Street
  Wakefield, MA 01880
  Counsel for Defendant


             /s Irina V. Gott