UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12386-NMG

_____
                                            )
**RCN-BecoCom, LLC.,**                      )
                                            )
       **Plaintiff,**         )
                                            )
  **v.**                                  )
                                            )
**Town of Wakefield,**                      )
                                            )
       **Defendant.**          )
_____)


**PLAINTIFF RCN-BECOCOM, LLC's RULE 7**
**CORPORATE DISCLOSURE STATEMENT**

      Plaintiff RCN Beco-Com, LLC, by and through its counsel, hereby submits its corporate disclosure statement, pursuant to Fed. R. Civ. P. 7.1(a) and R. 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, and states as follows:

      1.    Plaintiff RCN-BecoCom., LLC, is a wholly-owned subsidiary of RCN Telecom Service of Massachusetts, Inc., which is a wholly-owned subsidiary of RCN Telecom Services, Inc., which is wholly-owned by RCN Corporation, a publicly-traded company trading on the NASDAQ under the symbol "RCNIV".

      2.    RCN Corporation recently completed a corporate restructuring pursuant to Chapter 11 of the United States Bankruptcy Code. RCN Corporation's final plan of reorganization approved by the United States Bankruptcy Court for the Southern District of New York was consummated on December 21, 2004.

3. Subsequent to reorganization, there is no publicly-held entity that owns or controls ten percent (10%) or more of the equity of RCN Corporation.

Respectfully submitted,

RCN-BecoCom, L.L.C.


By: _____s/LJC_____
Lawrence J. Cohen, Esquire (BBO# 089610)
BADGER, DOLAN, PARKER & COHEN
One State Street, 6th Floor
Boston, MA  02109
(617) 482-3030

DATED:    January 11, 2005