UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12386-NMG

_____
                                    )
**RCN-BecoCom, LLC.,**              )
                                    )
        **Plaintiff,**         )
                                    )
   **v.**                           )
                                    )
**Town of Wakefield,**              )
                                    )
        **Defendant.**         )
_____)

## PLAINTIFF'S MOTION FOR
## *PRO HAC VICE* ADMISSION OF L. ELISE DIETERICH

Plaintiff, by and through its counsel, hereby moves this Honorable Court to grant admission *pro hac vice* to L. Elise Dieterich, Esquire in the above-captioned matter. In support thereof, Plaintiff states as follows:

1. The undersigned is an attorney at law in the Commonwealth of Massachusetts and is familiar with the facts set forth herein.

2. L. Elise Dieterich is an attorney in good standing and is admitted to practice law in the District of Columbia.

3. L. Elise Dieterich attended Harvard Law School, which is a law school approved by the American Bar Association, and graduated therefrom in 1987 with the degree of Juris Doctor.

4. Plaintiff has requested that L. Elise Dieterich represent them in the foregoing matter, as her firm has represented RCN-BecoCom, L.L.C. and its affiliated companies

since their inception.

5.      L. Elise Dieterich is knowledgeable about the matters giving rise to this cause of action and has extensive experience in lawsuits and claims of this nature and subject matter, representing telecommunications firms in contested matters before local and federal regulatory authorities, as well as in courts around the country.

WHEREFORE, plaintiff, RCN-BecoCom, L.L.C., respectfully requests that the Motion for *Pro Hac Vice* Admission of L. Elise Dieterich, Esquire be granted.

Respectfully submitted,

RCN-BecoCom, L.L.C.


By      s/LJC
Lawrence J. Cohen, Esquire (BBO# 089610)
BADGER, DOLAN, PARKER & COHEN
One State Street, 6th Floor
Boston, MA  02109
(617) 482-3030

DATED:    January 11, 2005