IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Eastern Division

```
_____
                                    )
RCN-BecoCom, LLC,                   )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Case No. 04-12386-NMG
                                    )
Town of Wakefield,                  )
                                    )
            Defendant.              )
_____)
```

## JOINT STATEMENT

Pursuant to Rules 16(b) and (c) and 26(f) of the Federal Rules of Civil Procedure ("Rules"), plaintiff, RCN-BecoCom, LLC ("RCN"), represented by counsel, and defendant, Town of Wakefield ("Town"), represented by counsel (hereinafter, collectively referred to as the "Parties"), file their Joint Statement complying with counsels' obligation to confer in anticipation of the scheduling conference set for March 31, 2005.

**Discovery Schedule**

The Parties have agreed upon the following discovery schedule, commencing with the Scheduling Conference set for March 31, 2005:

1. Two weeks subsequent to the Scheduling Conference, and no later than April 14, 2005, the Parties shall exchange information pursuant to Rule 26(a)(1)(A) through 26(a)(1)(D).

2. Within three months subsequent to the Scheduling Conference, but no later than June 30, 2005, the Parties shall exchange written discovery in response to timely interrogatories, requests for production of documents, and/or requests for admissions.

3. Within nine months subsequent to the Scheduling Conference, but no later than December 31, 2005, the Parties shall have provided reasonable notice of, conducted, and completed all depositions.

4. Within twelve months subsequent to the Scheduling Conference, but no later than March 31, 2006, the Parties shall have made all expert designations and disclosures as required pursuant to Rule 26(a)(2).

The Parties reserve the right to request the Court to extend the above-referenced deadlines upon Motion.

**Dispositive Motions**

Within fourteen months subsequent to the Scheduling Conference, but no later than May 31, 2006, the Parties shall have filed all dispositive motions and responses thereto.

The Parties reserve the right to request the Court to extend the above-referenced deadline upon Motion.

**Referral to Magistrate Judge**

Defendant Town does not consent at this time to trial of this matter by a magistrate judge.

**Settlement Proposal**

Plaintiff RCN has proffered to defendant Town a proposal for settlement of its complaint, which the Town has rejected. Plaintiff RCN requests that possible mechanisms for further exploring settlement, including referral of this matter to a third party neutral, be discussed at the Scheduling Conference.

**Certifications**

As required by Local Rule 16.1(d)(3), counsel for each party has conferred with that party regarding the costs of conducting the litigation of this matter, and to consider the use of

alternative dispute resolution programs such as those outlined in Local Rule 16.4, and have so certified in the Certifications filed simultaneously with this Joint Statement.

                              Respectfully submitted,

|  |  |
|---|---|
| L. Elise Dieterich, Esquire<br>by admission *pro hac vice*<br>Swidler Berlin, LLP<br>3000 K Street NW, Suite 300<br>Washington, DC 20007<br>202-424-7500 | By:   s/ Irina V. Gott<br>    Lawrence J. Cohen, Esquire, Bar No. 089610<br>    Irina V. Gott, Esquire, Bar No. 652476<br>    Badger, Dolan, Parker & Cohen<br>    One State Street<br>    Boston, MA  02109<br>    617-482-3030<br>    Counsel for Plaintiff, RCN-BecoCom, LLC |
|  | By:   s/ Thomas A. Mullen<br>    Thomas A. Mullen, Esquire, Bar No. 360315<br>    Town of Wakefield, Massachusetts<br>    545 Salem Street<br>    Wakefield, MA  01880<br>    781-245-2284 |

Dated:  March 23, 2005