IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Eastern Division

```
_____
                                       )
RCN-BecoCom, LLC,                      )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )     Case No. 04-12386-NMG
                                       )
Town of Wakefield,                     )
                                       )
            Defendant.                 )
_____)
```

**PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), plaintiff RCN-BecoCom, LLC ("RCN"), by its undersigned authorized representative, and RCN's undersigned counsel hereby certify that RCN and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

For Plaintiff, RCN-BecoCom, LLC:


By:   s/ Thomas M. Steel
      Thomas M. Steel,
      Vice President and Regulatory Counsel

                    By:   s/ L. Elise Dieterich
                        L. Elise Dieterich, Esquire
                        by admission *pro hac vice*
                        Swidler Berlin, LLP
                        3000 K Street NW, Suite 300
                        Washington, DC 20007
                        202-424-7500
                        Counsel for Plaintiff, RCN-BecoCom, LLC

Dated: March 23, 2005