IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| RCN-BecoCom, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-12386-NMG |
| Town of Wakefield, | ) |
| Defendant. | ) |

### DEFENDANT'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), defendant Town of Wakefield, by its undersigned authorized representative, and Town's undersigned counsel hereby certify that Town and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

For Defendant, Town of Wakefield

By:   s/ Thomas P. Butler
        Thomas P. Butler
        Town Administrator

By:   s/ Thomas A. Mullen
Thomas A. Mullen, Esquire, Bar No. 360315
Town of Wakefield, Massachusetts
545 Salem Street
Wakefield, MA  01880
781-245-2284

Dated: March 23, 2005