IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Eastern Division

| | | |
|---|---|---|
| RCN-BecoCom, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 04-12386-NMG |
| Town of Wakefield, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION FOR DISMISSAL

NOW COME the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the within action be Dismissed, with prejudice, and without costs, including all claims and counterclaims either asserted or contemplated.  As basis for this joint stipulation, the parties state that they have reached an agreeable settlement on all aspects of the matter.  The parties further waive all rights on appeal.

Dated this 22nd Day of November, 2005.

Respectfully submitted,

For Plaintiff, RCN-BecoCom, LLC:

By:____s/ Thomas M. Steel_____
Thomas M. Steel,
Vice President and Regulatory Counsel

By:   s/ L. Elise Dieterich
    L. Elise Dieterich, Esquire
    by admission *pro hac vice*
    Swidler Berlin, LLP
    3000 K Street NW, Suite 300
    Washington, DC 20007
    202-424-7500
    Counsel for Plaintiff, RCN-BecoCom, LLC

For Defendant, Town of Wakefield:

By:   s/ Thomas P. Butler
    Thomas P. Butler
    Town Administrator


By:   s/ Thomas A. Mullen
    Thomas A. Mullen, Esquire, Bar No. 360315
    Town of Wakefield, Massachusetts
    545 Salem Street
    Wakefield, MA  01880
    781-245-2284

9258982v1